UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID JACK ROGERS,

    Petitioner,

v.

DOUG WADDINGTON,

    Respondent.

Case No. C05-5332FDB

ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    The Magistrate Judge recommends that the application to proceed *in forma pauperis* be denied because Petitioner paid the filing fee at the time he filed his petition. Petitioner objects stating that he wishes to proceed IFP as to additional expenses for appointment of counsel or costs. These latter matters were not the subject of the denial of the original application and may be addressed later, if appropriate.

    The Court, having reviewed the report and recommendation, Petitioner's application to proceed *in forma pauperis*, Petitioner's objections, and the remaining record, hereby finds and ORDERS:

    (1) The Magistrate Judge's report and recommendation is approved and adopted;

    (2) Petitioner's application to proceed in forma pauperis is DENIED.

    (3) The Clerk is directed to send directed to send copies of this Order to petitioner.

DATED this 13th day of July 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1